# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| First Premier Capital, LLC, | Civil No. 09-2627 (RHK/JJG) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| James S. Albany and Elena B. Albany, | |
| Defendants. | |

_____

Pursuant to Plaintiff's Notice of Dismissal (Doc. No. 10), **IT IS ORDERED** that all claims in this matter are **DISMISSED WITHOUT PREJUDICE** and without costs to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 29, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge